UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT MYERS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 23-00365-KD-MU<br>) |
| SHERIFF PAUL BURCH; MS. JACKSON,<br>Chaplain's Administrative Assistant;<br>SAM HOUSTON, Jail Administrator; and<br>JOHN DOE, Chaplain,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## ORDER

This action is now before the Court on Plaintiff Scott Myers' Motion for Preliminary Injunction (doc. 3) and the Defendants' response (doc. 9). As grounds for injunctive relief, Myers states that he is an Orthodox Jew, but the Jail has not provided him with kosher meals (doc. 3). The Motion was set for hearing and Defendants were ordered to respond.

In response, Defendants Mobile County Sheriff's Office and Mobile County Metro Jail acknowledge they were providing vegetarian meals, but "have now taken the necessary steps and procedures to ensure [Myers] receive[s] proper kosher meals that will be in keeping with his Orthodox Jewish faith" (doc. 9).

Upon consideration of the Defendants' statement that they are now providing Myers with kosher meals, the Motion is **DISMISSED as MOOT** with leave to refile. See <u>Dejerinett v. Burch</u>, 2019 WL 4862193, at *3 (N.D. Fla. July 24, 2019), *report and recommendation adopted sub nom*. <u>DeJerinett v. Captain</u>, 2019 WL 4861898 (N.D. Fla. Oct. 1, 2019) (finding injunctive relief "was mooted when the specialized diet was returned to Plaintiff") (citations omitted). Accordingly, the **hearing** set for Wednesday, October 25, 2023, at 11:00 a.m. is **CANCELLED**.

The Clerk is directed to provide a copy of this Order to the U.S. Marshal.

The Clerk is directed to mail a copy of this Order, by first-class mail, to Plaintiff Myers at the Mobile County Metro Jail, P.O. Box 104, Mobile, Alabama, 36601.

DONE and ORDERED this 24th day of October 2023.

                                                 s/ Kristi K. DuBose
                                                 KRISTI K. DuBOSE
                                                 UNITED STATES DISTRICT JUDGE