# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SCOTT MYERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION: 1:23-00365-KD-MU |
| | ) |
| **SHERIFF PAUL BURCH,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice.

DONE this the **1st** day of **July 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**